UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-60369-WPD

CODY BECKER,
individually and on behalf of all
others similarly situated,

        CLASS ACTION

   Plaintiff,

        JURY TRIAL DEMANDED

v.

UNITED ENROLLMENT SERVICES LLC,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff Cody Becker, hereby notifies the Court that the parties have reached a settlement with respect to Plaintiff's individual claims.  Plaintiff is in the process of finalizing a settlement agreement.  Plaintiff anticipates filing a notice of dismissal within thirty (30) days of this notice

Dated: March 1, 2019

Respectfully submitted,

**EISENBAND LAW, P.A.**
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
*/s/ Michael Eisenband*
Michael Eisenband
Florida Bar No. 94235
Email: MEisenband@Eisenbandlaw.com
Telephone: 954.533.4092

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Michael Eisenband*
Michael Eisenband
Florida Bar No. 94235
Email: Eisenband@Eisenbandlaw.com
Telephone: 954.533.4092
Florida Bar No. 94235